# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PENINSULA TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DISH WIRELESS L.L.C. D/B/A BOOST MOBILE,<br><br>    Defendant. | §<br>§<br>§<br>§ Civil Action No. 2:25-cv-00387-JRG-RSP<br>§<br>§<br>§ **JURY TRIAL DEMANDED**<br>§<br>§<br>§<br>§<br>§ |

## JOINT STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE

The plaintiff Peninsula Technologies, LLC and defendant DISH Wireless L.L.C. d/b/a Boost Mobile, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: October 8, 2025

Respectfully submitted,

*/s/ Patrick J. Conroy*
**Patrick J. Conroy**
Texas Bar No. 24012448
**Ryan P. Griffin**
Texas Bar No. 24053687
**Jonathan H. Rastegar**
Texas Bar No. 24064043
**Nathan L. Levenson**
Texas Bar No. 24097992
**Brandon G. Moore**
Texas Bar No. 24082372
**NELSON BUMGARDNER CONROY PC**
2727 N. Harwood St., Suite 250
Dallas, TX 75201

*/s/ Kurt M. Pankratz*
Kurt M. Pankratz
Texas Bar No. 24013291
Griffin R. Tolle
Texas Bar No. 24115349
**BAKER BOTTS L.L.P.**
2001 Ross Ave., Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 661-6503
Email: Kurt.Pankratz@bakerbotts.com
Email: Griffin.Tolle@bakerbotts.com

G. Hopkins Guy, III
California Bar No. 124811

pat@nelbum.com
ryan@nelbum.com
jon@nelbum.com
nathan@nelbum.com

**Janson H. Westmoreland**
Texas Bar No. 24131755
**NELSON BUMGARDNER CONROY PC**
3131 West 7th St., #300
Fort Worth, TX 76107
janson@nelbum.com

**ATTORNEYS FOR PLAINTIFF PENINSULA TECHNOLOGIES, LLC**

**BAKER BOTTS L.L.P.**
1001 Page Mill Road, Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: Hop.Guy@bakerbotts.com

Jamie R. Lynn
D.C. Bar No. 987740
**BAKER BOTTS L.L.P.**
700 K Street, NW
Washington, D.C. 20001
Telephone: (202) 639-7786
Facsimile: (202) 585-1026
Email: Jamie.Lynn@bakerbotts.com

Ali Dhanani
Texas Bar No. 24055400
C. Stephen Maule
Texas Bar No. 24102160
**BAKER BOTTS L.L.P.**
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1108
Facsimile: (713) 229-2808
Email: Ali.Dhanani@bakerbotts.com
Email: Steve.Maule@bakerbotts.com

*Attorney for Defendant*
*DISH Wireless L.L.C.*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for the Parties met and conferred to discuss the substance of this Motion pursuant to Local Rule CV-7(h). The Parties are in agreement and are jointly filing this Motion.

*/s/ Patrick J. Conroy*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that October 8, 2025, a true and correct copy of the foregoing was filed electronically using the CM/ECF filing system of the court. I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Patrick J. Conroy*