**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PENINSULA TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>DISH WIRELESS L.L.C. d/b/a BOOST MOBILE,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:25-CV-00387-JRG-RSP |

**ORDER**

Before the Court is the Joint Stipulated Motion for Dismissal Without Prejudice (the "Motion") filed by Plaintiff Peninsula Technologies, LLC ("Plaintiff") and Defendant DISH Wireless L.L.C. d/b/a Boost Mobile ("Defendant"). (Dkt. No. 54.) In the Motion, the parties move for an order dismissing all claims in the above-captioned case WITHOUT prejudice. (*Id*. at 1.)

Having considered the Motion, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 10th day of October, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE